## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Nicole J.,

        Plaintiff,

v.

Kilolo Kijakzi,
*Acting Commissioner of Social Security,*

        Defendant.

Case No. 22-cv-952 DSD/ECW

**ORDER**

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated June 12, 2023, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

    1.    Plaintiff Motion for Summary Judgment (Dkt. 18) is **GRANTED in part**;

    2.    Defendant's Motion for Summary Judgment (Dkt. 22) is **DENIED**; and

    3.    This case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

    LET JUDGEMENT BE ENTERED ACCORDINGLY.

DATED: June 5, 2023

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court